**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | December 06, 2013 | Douglas E. Cressler<br>Chief Deputy Clerk |

Ms. Elena D. Marcuss
Mr. Adam Thomas Simons
McGuire Woods
7 Saint Paul Street, Suite 1000
Baltimore, MD 21202-1626

RE:     13-1347, Wagner v. Bank of America Corp, et al
        Dist/Ag docket: 1:12-CV-00381-RBJ

Dear Counsel:

Appellees' brief is deficient because:

There is no statement of the reason(s) oral argument is necessary. See 10th Cir. R. 28.2(C)(4).

You may correct the stated deficiency by one of the following methods:

1. Filing a corrected brief with the clerk (filing constitutes submitting a corrected brief via the court's Electronic Case Filing system [ECF] and providing the clerk with seven hardcopies of the corrected brief).
2. Filing a corrected brief via ECF and making arrangements with the clerk's office to have the deficient hardcopies of the brief picked up and returned at the party's expense so that it can be corrected and returned to the clerk. The court will not pay postage or other costs.
3. Filing an errata sheet containing the omitted matter via ECF (use the event code "errata sheet filed"). You do not need to refile the brief, nor do you need to provide any paper copies of the errata sheet.

Corrections, however made, must be accompanied by proof of service on all other parties to the appeal.

The time to file a reply brief will run from the date of service of appellee's corrected brief.

If you fail to correct the stated deficiency within 10 days of the date of this letter, the deficient brief will not be filed. In addition, the appellee will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court


cc:     Robert M. Liechty
        Desmonne A. Bennett
        Donald L. Samuels
        Michael D. Mandel


EAS/sds